UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RORY O'REILLY, et al.,          )   Case No. CV 12-4365-PJW
                                )
              Plaintiffs,       )
                                )   J U D G M E N T
         v.                     )
                                )
UNITED STATES OF AMERICA,       )
                                )
              Defendant.        )
_____)

    Consistent with this Court's concurrently filed Findings of Fact and Conclusions of Law, the Court enters Judgment in favor of Plaintiffs Rory O'Reilly and Laura Jewitt-O'Reilly against Defendant and awards damages as follows, $1,122,703.64, and $65,000, respectively.

    IT IS SO ORDERED.

    DATED: November 12, 2013.

                              _____
                              PATRICK J. WALSH
                              UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Consent\O'Reilly v. USA\Judgment.wpd